SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTOPHER ALLEN BRUNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:19-cv-00356-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 19 |

IT IS HEREBY STIPULATED by and between Plaintiff, KRISTOPHER ALLEN BRUNER, by and through his counsel of record, LAW OFFICES OF STEVEN M. BURRIS, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 25 day of Feb 2020.          DATED this 3rd day of March 2020.

LAW OFFICES OF STEVE M. BURRIS          HARPER | SELIM

_____          _____
STEVEN M. BURRIS                                            SABRINA G. WIBICKI
Nevada Bar No. 603                                            Nevada Bar No. 10669
2810 W. Charleston Boulevard, Suite F-58       1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89102                                  Las Vegas, Nevada 89134
*Attorneys for Plaintiff*                                          *Attorney for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED, as is the 6/16/2020 bench trial. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____  3-3-2020
UNITED STATES DISTRICT COURT JUDGE